**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARIE CURIEL, FREDERICK MICHAEL CURIEL, M.T.C., A MINOR, T.A.C., A MINOR, J.M.C., A MINOR, HAZEL ANN McCLURE, MICHAEL JASON SIKEMA, D.A.M.S., A MINOR, C.R.M.S., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTRY OF CONTRA COSTA, CONTRA COSTA COUNTER SHERIFF'S DEPARTMENT, SERGEANT J. MAJONEY, SERGEANT K. DALY, DETECTIVE JASON BARNES, DETECTIVE SHAWN PATE, DETECTIVE CLARK, DETECTIVE CARY GOLDBERG, DETECTIVE MOORE, DETECTIVE UYEDA, DETECTIVE VAN ZELF, DETECTIVE ARANDA, DETECTIVE HADLEY, SHERIFF WARREN RUPF, ET AL.,<br><br>Defendants. / | No. C 06-05751 WHA<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER SUBJECT TO STATED CONDITIONS** |

The stipulated protective order submitted by the parties is hereby **APPROVED**, subject to the following conditions:

1. The parties must make a good-faith determination that any information designated "confidential" warrants protection under Rule 26(c) of the Federal Rules of Civil Procedure. Designations of material as "confidential" must be narrowly tailored to include only material for which there is good cause. A

1 pattern of over-designation may lead to an order de-designating all or most
2 materials on a wholesale basis.

3     2. In order to be treated as confidential, any materials filed with the
4 Court must be lodged with a request for filing under seal in compliance with Civil
5 Local Rule 79-5.  Please limit your requests for sealing to only those
6 narrowly-tailored portions of materials for which good cause to seal exists.
7 Please include all other portions of your materials in the public file and
8 clearly indicate therein where material has been redacted and sealed.  Each filing
9 requires an individualized sealing order; blanket prospective authorizations are no
10 longer allowed by Civil Local Rule 79-5.

11     3. Chambers copies should include all material — both redacted and
12 unredacted — so that the chambers staff does not have to re-assemble the whole
13 brief or declaration.  Although chambers copies should clearly designate which
14 portions are confidential, chambers copies with confidential materials will be
15 handled like all other chambers copies of materials without special restriction, and
16 will typically be recycled, not shredded.

17     4. Any confidential materials used openly in court hearings or trial
18 will not be treated in any special manner absent a further order.

19     5. This order does not preclude any party from moving to
20 de-designate information or documents that have been designated as confidential.
21 The party seeking to designate material as confidential has the burden of
22 establishing that the material is entitled to protection.

6. The Court will retain jurisdiction over disputes arising from the proposed and stipulated protective order for only 90 days after final termination of the action.

**IT IS SO ORDERED.**

Dated: January 24, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE