1 | Andrew C. Schwartz (State Bar No. 64578)
Michael D. Meadows (State Bar No. 62110)
2 | **CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
3 | California Plaza
2121 North California Blvd., Suite 1020
4 | Walnut Creek, California 94596
Telephone: (925) 947-1147
5 | Facsimile: (925) 947-1131

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| KIMBERLY MARIE CURIEL, FREDERICK MICHAEL CURIEL, M.T.C., A MINOR, T.A.C., A MINOR, J.M.C., A MINOR, HAZEL ANNE McCLURE, MICHAEL JASON SIKKEMA, D.A.M.S., A MINOR, C.R.M.S., A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, SERGEANT J. MAJONEY, SERGEANT K. DALY, DETECTIVE JASON BARNES, DETECTIVE SHAWN PATE, DETECTIVES CLARK, DETECTIVE CARY GOLDBERG, DETECTIVE MOORE, DETECTIVE UYEDA, DETECTIVE VAN ZELF, DETECTIVE ARANDA, DETECTIVE HADLEY, SHERIFF WARREN RUPF, et al.,<br><br>Defendants. | **CASE NO. C06-05751 WHA**<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT** |

The parties hereby stipulate to the filing of a first amended complaint, a copy of which is attached hereto as Exhibit "A".

Dated: February 2, 2007           /s/ - "Andrew C. Schwartz"
                                  Andrew C. Schwartz, Esq.
                                  **CASPER, MEADOWS, SCHWARTZ & COOK**
                                  Attorneys for Plaintiffs

---

*Curiel vs. County of Contra Costa, et al.* Case No. C06-05751 WHA                    Page 1
STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT

| | |
|---|---|
| 1  Dated: February 2, 2007 | _____/s/ - "Christine Hopkins"_____ |
| 2 | John F. Martin, Esq.<br>Christine Hopkins, Esq. |
| 3 | **LAW OFFICES OF JOHN MARTIN**<br>Attorneys for Defendants |

    IT IS SO ORDERED that plaintiffs be allowed to file a first amended complaint in the above-entitled matter.

DATED: February 5, 2007

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*

_____
HONORABLE WILLIAM ALSUP
United States District Judge

---

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Curiel vs. County of Contra Costa, et al.*   Case No. C06-05751 WHA             Page 2
STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT