IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARIE CURIEL, FREDERICK MICHAEL CURIEL, MARIA THERESE CURIEL, a minor, by and through her guardian ad litem Kimberly Marie Curiel, TINA ALISIA CURIEL, a minor, by an through her guardian ad litem Kimberly Marie Curiel, JULIA MICHELLE CURIEL, a minor, by and through her guardian ad litem Kimberly Marie Curiel, HAZEL ANNE McCLURE, MICHAEL JASON SIKKEMA, DAGAN ALEXANDER McCLURE-SIKKEMA, a minor, by and through his guardian ad litem Hazel Anne McClure, CELIA ROSE McCLURE-SIKKEMA, a minor, by and through her guardian ad litem Kimberly Marie Curiel, | No. C 06-05751 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PARTIES' MOTION TO CONTINUE DATES FOR SUMMARY JUDGMENT AND DISCOVERY** |

   Plaintiffs,

  v.

THE COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT SERGEANTS j. MAHONEY and K. DALY, sued in their individual capacities and as employees of Contra Costa County, CONTR COSTA COUNTY SHERIFF'S DEPARTMENT DETECTIVES JASON BARNES, SHAWN PATE, CLARK CARY GOLBERG, MOORE, UYEDA, AND VAN ZELF, sued in their individual capacities and as employees of Contra Costa County, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES ARANDA AND HADLEY, sued in their individual capacities and as employees of Contra Costa County, SHERIFF WARREN RUPF, CALIFORNIA AND DOES ONE through ONE HUNDRED, et al.,

   Defendants.
                                                      /

Parties' motion to continue the hearing on defendants' motion for summary judgment is **GRANTED**. The hearing on that motion is continued to **THURSDAY, AUGUST 2, 2007**.

Good cause not shown, parties' motion to continue the deadlines for expert witness disclosures and the expert discovery cutoff is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE