Andrew C. Schwartz (State Bar No. 64578)
Michael D. Meadows (State Bar No. 62110)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:    (925) 947-1147
Facsimile:     (925) 947-1131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| KIMBERLY MARIE CURIEL; FREDERICK MICHAEL CURIEL; M.T.C., A MINOR, By And Through Her Guardian Ad Litem Kimberly Marie Curiel; T.A.C, A MINOR, By And Through Her Guardian Ad Litem Kimberly Marie Curiel; J.M.C., A MINOR, By And Through Her Guardian Ad Litem Kimberly Marie Curiel; HAZEL ANNE McCLURE, MICHAEL JASON SIKKEMA, D.A.M.S, A MINOR, By And Through His Guardian Ad Litem Hazel Anne McClure; C.R.M.S., A MINOR, By And Through Her Guardian Ad Litem Hazel Anne McClure,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>THE COUNTY OF CONTRA COSTA, CALIFORNIA; SHERIFF WARREN RUPF, sued in his individual capacity and as an employee of Contra Costa County; LIEUTENANT KATHLEEN PARKER, sued in her individual capacity and as an employee of Contra Costa County; CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT SERGEANTS JAMES MAHONEY and KEVIN DALEY, sued in their individual capacities and as employees of Contra Costa County; CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT DETECTIVES JASON BARNES, GARY CLARK, CARY GOLBERG, JOSEPH MOORE, GUY UYEDA, AARON VAN ZELF, LAURIE BAILEY, TODD | **CASE NO. C06-05751 WHA (EMC)**<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Curiel vs. County of Contra Costa, et al.*   Case No. C06-05751 WHA (EMC)            Page 1
STIPULATION AND PROPOSED ORDER TO CONTINUE SETTLEMENT CONFERENCE

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SANTIAGO, MARTIN RYAN, ROQUE BARRIENTOS, ADALBERTO GARIBAY, RACHELLE FAWELL and RUDOLPH OEST, sued in their individual capacities and as employees of Contra Costa County; CONTRA COSTA COUNTY SHERIFF'S DEPUTIES OSCAR ARANDA AND DALE HADLEY, sued in their individual capacities and as employees of Contra Costa County; AND DOES ONE though ONE HUNDRED, et al.,<br><br>    Defendants. |

It is hereby stipulated that the settlement conference currently scheduled for July 10, 2007 at 9:30 a.m. be continued to August 13, 2007 at 9:30 a.m.  This will allow time for the parties and the Court to address Defendants' Motion for Summary Judgment.

Dated:  May 30, 2007            /s/ - "Andrew C. Schwartz"
                                Andrew C. Schwartz, Esq.
                                **CASPER, MEADOWS, SCHWARTZ & COOK**
                                Attorneys for Plaintiffs


Dated:  May 30, 2007            /s/ - "John F. Martin"
                                John F. Martin, Esq.
                                Christine Hopkins, Esq.
                                **LAW OFFICES OF JOHN MARTIN**
                                Attorneys for Defendants

IT IS SO ORDERED that the settlement conference currently scheduled for July 10, 2007 at 9:30 a.m. is continued to August 13, 2007 at 9:30 a.m.   Settlement conference statements shall be lodged with Judge Chen's chambers by July 30, 2007.

DATED:___June 6, 2007_____        _____
                                           HONORABLE ~~WILLIAM ALSUP~~ EDWARD M. CHEN
                                           United States District ~~Court~~ Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131