**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARIE CURIEL, FREDERICK MICHAEL CURIEL, MARIA THERESE CURIEL, a minor, by and through her guardian ad litem Kimberly Marie Curiel, TINA ALISIA CURIEL, a minor, by an through her guardian ad litem Kimberly Marie Curiel, JULIA MICHELLE CURIEL, a minor, by and through her guardian ad litem Kimberly Marie Curiel, HAZEL ANNE McCLURE, MICHAEL JASON SIKKEMA, DAGAN ALEXANDER McCLURE-SIKKEMA, a minor, by and through his guardian ad litem Hazel Anne McClure, CELIA ROSE McCLURE-SIKKEMA, a minor, by and through her guardian ad litem Kimberly Marie Curiel, <br><br>   Plaintiffs, <br><br>   v. <br><br>THE COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT SERGEANTS j. MAHONEY and K. DALY, sued in their individual capacities and as employees of Contra Costa County, CONTR COSTA COUNTY SHERIFF'S DEPARTMENT DETECTIVES JASON BARNES, SHAWN PATE, CLARK CARY GOLBERG, MOORE, UYEDA, AND VAN ZELF, sued in their individual capacities and as employees of Contra Costa County, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES ARANDA AND HADLEY, sued in their individual capacities and as employees of Contra Costa County, SHERIFF WARREN RUPF, CALIFORNIA AND DOES ONE through ONE HUNDRED, et al., <br><br>   Defendants. <br>_____ / | No. C 06-05751 WHA <br><br><br><br>**ORDER APPROVING STIPULATION TO EXTEND EXPERT DISCLOSURE AND EXPERT DISCOVERY CUTOFF** |

The Court will go along with the expert disclosure and discovery extensions stipulated to by parties, but only on the condition that no party may complain at summary judgment time that they have not yet received an expert deposition transcript or other material that would have been available had the original schedule been honored.

**IT IS SO ORDERED.**

Dated:  June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE