UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARIE CURIEL, *et al.*, | No. C-06-5751 WHA (EMC) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| THE COUNTY OF CONTRA COSTA, *et al.*, | |
| Defendants. | |
| _____/ | |

By letter dated June 22, 2007, Plaintiffs MICHAEL JASON SIKKEMA, HAZEL ANNE McCLURE, DAGAN ALEXANDER McCLURE-SIKKEMA, and CELIA ROSE McCLURE-SIKKEMA, thru their counsel Andrew C. Schwartz of Casper, Meadows, Schwartz & Cook, requested to be excused from personally appearing at the Settlement Conference scheduled for August 14, 2007. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Plaintiffs MICHAEL JASON SIKKEMA, HAZEL ANNE McCLURE, DAGAN ALEXANDER McCLURE-SIKKEMA, and CELIA ROSE McCLURE-SIKKEMA be available by telephone from 9:30 a.m. Pacific Time until further notice on August 14, 2007.

If the Court concludes that the absence of Plaintiffs MICHAEL JASON SIKKEMA, HAZEL ANNE McCLURE, DAGAN ALEXANDER McCLURE-SIKKEMA, and CELIA ROSE McCLURE-SIKKEMA is impeding the Settlement Conference, the Court may continue the Settlement Conference and may order personal attendance by each party including Plaintiffs

1  MICHAEL JASON SIKKEMA, HAZEL ANNE McCLURE, DAGAN ALEXANDER McCLURE-
2  SIKKEMA, and CELIA ROSE McCLURE-SIKKEMA.
3     This order disposes of Docket No. 39.

5     IT IS SO ORDERED.

7  Dated:  June 27, 2007

        EDWARD M. CHEN
        United States Magistrate Judge