United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARIE CURIEL, FREDERICK MICHAEL CURIEL, M. T. C., a minor, by and through her guardian ad litem Kimberly Marie Curiel, T. A. C., a minor, by an through her guardian ad litem Kimberly Marie Curiel, J. M. C., a minor, by and through her guardian ad litem Kimberly Marie Curiel, HAZEL ANNE McCLURE, MICHAEL JASON SIKKEMA, D. A. M. S., a minor, by and through his guardian ad litem Hazel Anne McClure, C. R. M. S., a minor, by and through her guardian ad litem Kimberly Marie Curiel, <br><br>        Plaintiffs, <br><br>  v. <br><br>THE COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT SERGEANTS J. MAHONEY and K. DALY, sued in their individual capacities and as employees of Contra Costa County, CONTR COSTA COUNTY SHERIFF'S DEPARTMENT DETECTIVES JASON BARNES, SHAWN PATE, CLARK CARY GOLBERG, MOORE, UYEDA, AND VAN ZELF, sued in their individual capacities and as employees of Contra Costa County, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES ARANDA AND HADLEY, sued in their individual capacities and as employees of Contra Costa County, SHERIFF WARREN RUPF, CALIFORNIA AND DOES ONE through ONE HUNDRED, et al., <br><br>        Defendants. <br> _____ / | No. C 06-05751 WHA <br><br>**ORDER RE HEARING ON MOTION FOR SUMMARY JUDGMENT** |

1     Because the undersigned is currently in trial, parties should be aware that time for oral
2 argument on this matter will be very limited.  Please plan accordingly.

4     **IT IS SO ORDERED.**

6 Dated:  August 2, 2007.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California