**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARIE CURIEL, FREDERICK MICHAEL CURIEL, M. T. C., a minor, by and through her guardian ad litem Kimberly Marie Curiel, T. A. C., a minor, by an through her guardian ad litem Kimberly Marie Curiel, J. M. C., a minor, by and through her guardian ad litem Kimberly Marie Curiel, HAZEL ANNE McCLURE, MICHAEL JASON SIKKEMA, D. A. M. S., a minor, by and through his guardian ad litem Hazel Anne McClure, C. R. M. S., a minor, by and through her guardian ad litem Kimberly Marie Curiel,<br><br>            Plaintiffs,<br><br>  v.<br><br>THE COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT SERGEANTS J. MAHONEY and K. DALY, sued in their individual capacities and as employees of Contra Costa County, CONTR COSTA COUNTY SHERIFF'S DEPARTMENT DETECTIVES JASON BARNES, SHAWN PATE, CLARK CARY GOLBERG, MOORE, UYEDA, AND VAN ZELF, sued in their individual capacities and as employees of Contra Costa County, CONTRA COSTA COUNTY SHERIFF'S DEPUTIES ARANDA AND HADLEY, sued in their individual capacities and as employees of Contra Costa County, SHERIFF WARREN RUPF, CALIFORNIA AND DOES ONE through ONE HUNDRED, et al.,<br><br>            Defendants.<br>                                                               / | No. C 06-05751 WHA<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

After the hearing on defendants' motion for summary judgment, the Court wishes to have parties submit supplemental briefing. Parties should address the question of whether taking each of the three individual plaintiffs to the Field Operations Bureau for questioning or to give statements violated their Fourth Amendment rights. Specifically, they should address whether the three plaintiffs went voluntarily, and whether there are genuine triable issues of fact on that point. Parties should not limit themselves to evidence in their favor, and should address countervailing evidence. Evidence, however, should be limited to that which has already been submitted as part of the record on summary judgment. Citations to relevant Supreme Court and Ninth Circuit decisions are also requested. This is not an opportunity for parties to re-argue other issues in this motion; they must confine themselves to the above-stated issue.

Submissions should be no more than ten double-spaced pages in length with appropriate font and margins. They should be received no later than **AUGUST 10, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: August 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2