| | |
|---|---|
| 1 | ANDREW C. SCHWARTZ (State Bar No. 64578)<br>**CASPER, MEADOWS, SCHWARTZ & COOK** |
| 2 | A Professional Corporation<br>California Plaza |
| 3 | 2121 North California Blvd., Suite 1020<br>Walnut Creek, California 94596 |
| 4 | Telephone: (925) 947-1147<br>Facsimile: (925) 947-1131 |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| 7 | JOHN F. MARTIN, ESQ. (SBN 52618)<br>CHRISTINE HOPKINS, ESQ. (SBN 240248) |
| 8 | **LAW OFFICES OF JOHN F. MARTIN, PC**<br>3100 Oak Road, Suite 230 |
| 9 | Walnut Creek, CA 94597<br>Phone: (925) 937-5433 |
| 10 | Facsimile: (925) 938-5567 |
| 11 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| KIMBERLY MARIE CURIEL, FREDERICK MICHAEL CURIEL, MARIE TERESE CURIEL, A MINOR, TINA ALISIA CURIEL, A MINOR, JULIA MICHELLE CURIEL, A MINOR, HAZEL ANNE McCLURE, MICHAEL JASON SIKKEMA, DAGAN ALEXANDER McCLURE-SIKKEMA, A MINOR, CELIA ROSE McCLURE-SIKKEMA, A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGEANT J. MAJONEY, DETECTIVE JASON BARNES, SERGEANT K. DALY, DETECTIVE SHAWN PATE, DETECTIVES CLARK, MOORE, UYEDA, AND VAN ZELF, et al.,<br><br>Defendants. | **CASE NO. C06-05751 WHA**<br><br>STIPULATION AND ORDER EXTENDING [PROPOSED] STIPULATED ORDER REFERRING CASE TO SETTLEMENT CONFERENCE AND DELAYING **EXPERT DISCLOSURE DEADLINE TO JUNE 30, 2010** AND REFERENCE TO MAGISTRATE JUDGE FOR MEDIATION/SETTLEMENT |

Pursuant to further settlement discussion occurring after the March 11, 2010 Case Management Conference, held before Judge Alsup, the parties in this case hereby stipulate

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Curiel vs. County of Contra Costa, et al.* Case No. C06-05751 WHA   Page 1
(PROPOSED) STIPULATED ORDER REFERRING CASE TO SETTLEMENT CONFERENCE AND DELAY EXPERT DISCLOSURE

1  and agree to the referral of the case to Magistrate Judge Spero for a settlement conference. In
2  order to further the prospects of settlement, the parties in this case hereby stipulate and agree
3  that the deadline to disclose Expert Witnesses and produce an initial Expert Witness report will
4  be extended from the current May 31, 2010 deadline to June 30, 2010.  The parties
5  understand and agree that this change in Expert Witness discovery deadlines will not in any
6  way affect or delay the December 6, 2010 trial date set by the Court.  THERE WILL BE NO FURTHER EXTENSIONS.

Dated: March 30, 2010                                 /s/ - "Andrew C. Schwartz"
                                                     Andrew C. Schwartz
                                                     **CASPER, MEADOWS, SCHWARTZ & COOK**
                                                     Attorneys for Plaintiffs

Dated: March 30, 2010                                 /s/ - "Christine Hopkins"
                                                     Christine Hopkins
                                                     **LAW OFFICES OF JOHN F. MARTIN**
                                                     Attorneys for Defendants

IT IS SO ORDERED

Date:  March 31, 2010.                               _____
                                                     The Honorable William Alsup

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131