UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY MARIE CURIEL                C06-5751 WHA (JCS)

      Plaintiff(s),                        ATTENDANCE OF SETTLEMENT
                                           CONFERENCE BY TELEPHONE

  v.

SERGEANT J. MAJONEY

      Defendant(s).
_____/

      Pursuant to the request of counsel for Plaintiffs, Hazel McClure, Michael Sikkema, and their two minor children, may attend the settlement conference on April 26, 2010, at 9:30 a.m., by telephone, and must be available for the duration of the conference.

      IT IS SO ORDERED.

Dated: April 16, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge