1 | Andrew C. Schwartz (State Bar No. 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
2 | A Professional Corporation
California Plaza
3 | 2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
4 | Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiffs

7 | JOHN F. MARTIN, ESQ. (SBN 52618)
CHRISTINE HOPKINS, ESQ. (SBN 240248)
8 | LAW OFFICES OF JOHN F. MARTIN, PC
3100 Oak Road, Suite 230
9 | Walnut Creek, CA 94597
Phone - (925) 937-5433
10 | Facsimile – (925) 938-5567

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| KIMBERLY MARIE CURIEL, FREDERICK MICHAEL CURIEL, MARIE TERESE CURIEL, A MINOR, TINA ALISIA CURIEL, A MINOR, JULIA MICHELLE CURIEL, A MINOR, HAZEL ANNE McCLURE, MICHAEL JASON SIKKEMA, DAGAN ALEXANDER McCLURE-SIKKEMA, A MINOR, CELIA ROSE McCLURE-SIKKEMA, A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGEANT J. MAJONEY, DETECTIVE JASON BARNES, SERGEANT K. DALY, DETECTIVE SHAWN PATE, DETECTIVES CLARK, MOORE, UYEDA, AND VAN ZELF, et al.,<br><br>Defendants. | CASE NO. C06-05751 WHA<br><br>[PROPOSED] ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE |

*Curiel vs. County of Contra Costa, et al.*   Case No. C06-05751 WHA    Page 1

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Pursuant to the settlement of this case in its entirety, Plaintiffs and Defendants hereby stipulate and agree that this case is dismissed in its entirety with prejudice.

Dated: June 17, 2010

/s/
Andrew C. Schwartz
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiffs

Dated: June 17, 2010

/s/
Christine Hopkins
LAW OFFICES OF JOHN F. MARTIN
Attorneys for Defendants

Pursuant to the above stipulation, it is hereby ordered that Case No. C06-05751 WHA is dismissed in its entirety with prejudice.  **THE CLERK SHALL CLOSE THE FILE.**

IT IS SO ORDERED

Date: June 21, 2010.

The Hon. _____
[APPROVED — Judge William Alsup, United States District Court, Northern District of California]

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Curiel vs. County of Contra Costa, et al.*   Case No. C06-05751 WHA

Page 2